**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHRI AHIMSA MINES AND MINERALS, LTD., a foreign corporation,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>AIDP, INC., a California corporation; EDWARD LEE, an individual; and DOES 1 to 10, inclusive,<br><br>　　　　　　Defendants.<br>_____<br>AIDP, INC., a California corporation,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>SHRI AHIMSA MINES AND MINERALS, LTD., a foreign corporation, and Roes 1 through 10, Inclusive,<br><br>　　　　　　Counterdefendants.<br>_____ | **CASE NO.   CV 07 1445 ODW (CTx)**<br><br>**JUDGMENT** |

-1-
**JUDGMENT**

1  The Motion for Summary Judgment by Defendant Edward Lee, individually, and the Motion for Partial Summary Judgment by Defendant AIDP, Inc., a California Corporation, having come on regularly for hearing, and the court's decision on said Motions by its Order dated December 1, 2008, together with the Court's amendment to its December 1, 2008 Order with Sua Sponte Summary Judgment in favor or Plaintiff, with the Pre-Trial Conference on December 22, 2008, together with the Pre-Trial documents submitted by the parties, and the representations of counsel for the Plaintiff and Defendants, and the voluntary dismissal of the Counterclaim,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Judgment is entered in favor of Defendant Edward Lee, individually, and against Plaintiff SHRI AHIMSA MINES AND MINERALS, LTD., a foreign corporation, on the First Amended Complaint, with the Plaintiff to take nothing as against Defendant Edward Lee, individually, by the First Amended Complaint;

2. Judgment is entered in favor of the Plaintiff SHRI AHIMSA MINES AND MINERALS, LTD., a foreign corporation, on the First Amended Complaint, and against Defendant AIDP, Inc., a California corporation, on the causes of action for Breach of Contract and Common Counts, with Plaintiff to recover the total amount of Thirty Nine Thousand Six Hundred ($39,600.00) from the Defendant AIDP, Inc., a California corporation.

3. The parties shall bear their own costs.

DATED: December 29, 2008   _____
The Honorable OTIS D. WRIGHT II
U.S. DISTRICT COURT JUDGE